IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE BABY FOLD and THE CHICAGO TRUST CO., AS ADMINISTRATOR OF THE ESTATE OF KIANNA RUDESILL, | ) ) ) ) | |
| Defendants. | ) ) | Case No. 16-cv-10161 |
| THE BABY FOLD, | ) ) | Hon. Joan H. Lefkow |
| Counter-Plaintiff, | ) ) | Magistrate Sidney I. Schenkier |
| v. | ) ) | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY and THE CHICAGO TRUST CO., AS ADMINISTRATOR OF THE ESTATE OF KIANNA RUDESILL, | ) ) ) ) ) | |
| Counter-Defendants. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, November 28, 2017 at 11:00 a.m., we shall appear before the Honorable Judge Joan Humphrey Lefkow, in the Courtroom usually occupied by her in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **PLAINTIFF PHILADELPHIA INDEMNITY INSURANCE COMPANY'S MOTION TO DISMISS THE CHICAGO TRUST CO.'S COUNTERCLAIM AND MEMORANDUM IN SUPPORT.**

Dated: November 16, 2017       Respectfully submitted,


  /s Dirk Ehlers                           
Dirk Ehlers
David Curkovic
COPE EHLERS, P.C.
120 W. Madison St., Suite 1300
Chicago, IL 60602
(312) 549-9280
(312) 549-9389 facsimile
dehlers@copeehlers.com
dcurkovic@copeehlers.com
**ATTORNEYS FOR PLAINTIFF**
**PHILADELPHIA INDEMNITY INSURANCE**
**COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an Illinois attorney, who is admitted to the bar of the United States District Court for the Northern District of Illinois, hereby certifies that a true and correct copy of **NOTICE OF MOTION OF PHILADELPHIA INDEMNITY INSURANCE COMPANY'S MOTION TO DISMISS THE CHICAGO TRUST CO. AS ADMINISTRATOR OF THE ESTATE OF KIANNA RUDESILL'S COUNTERCLAIM** was served by CM/ECF case filing on November 16, 2017 on the counsel of record in this matter.

/s Dirk Ehlers